**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARS HOSPITALITY LLC,<br><br>　　　　Defendant. | Case No. 4:21-cv-03710-YGR<br><br>ORDER OF DISMISSAL; TERMINATING CASE<br><br>Re: Dkt. No. 16, 19 |

Plaintiff Scott Johnson has sued for alleged violations of the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.* (the "ADA") and California's Unruh Civil Rights Act, Cal. Civ. Code § 51, *et seq.* (the "Unruh Act"). On October 26, 2022, the Court issued an order to show cause that directed plaintiff to address his Article III standing and why the Court not should not decline supplemental jurisdiction over the Unruh Act claim. (Dkt. No. 19.) Plaintiff filed a response to the Court's order to show cause on November 10, 2022, conceding that it would be proper to decline supplemental jurisdiction over the Unruh Act claim, and completing failing to address Article III standing. (Dkt. No. 22.)[1] Thus, the Court construes the response as a concession of the merits of the order to show cause and dismisses both claims without prejudice to refiling in state court.

The Clerk is **DIRECTED** to close the case.

This Order terminates Docket Numbers 16 and 19.

**IT IS SO ORDERED.**

Dated: November 10, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff simultaneously filed a notice of dismissal.